## Commonwealth *v.* Knox, Appellant.

Argued May 25, 1953. Before STERN, C. J.,STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.
Appeal, No. 208,

reargument refused July 16, 1953.

*Harry R. Back,* with him *Back & Levy,* for appellant.

*Malcolm W. Berkowitz,* Assistant District Attorney, with him *Samuel Dash,* Assistant District Attorney, *Michael von Moschzisker,* First Assistant District Attorney and *Richardson Dilworth,* District Attorney, for appellee.

OPINION PER CURIAM, June 26, 1953:
After careful consideration of the record and merits of this case, the judgment of the Superior Court is af-

firmed on the opinion of Judge Reno, 172 Pa. Superior Ct. 510, 94 A. 2d 128.

Mr. Justice Musmanno dissents.